# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Urban Smith,

    Plaintiff,                            JUDGMENT IN A CIVIL CASE

vs.                                              3:11-cv-105-RJC

Saxon Mortgage Services,

    Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 29, 2011 Order.

                                          Signed: November 29, 2011

*/s/ Frank G. Johns*
Frank G. Johns, Clerk
United States District Court