# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Urban Smith,

    Plaintiff,                                   JUDGMENT IN A CIVIL CASE

vs.                                                    3:11-cv-105-RJC

Saxon Mortgage Services,

    Defendant.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 29, 2011 Order.

                                                Signed: November 29, 2011

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court